**DISMISS and Opinion Filed December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01060-CV

## IN THE INTEREST OF U.A.H., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-10128**

# MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated October 31, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days, cautioning that the failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. That notice was returned to the Court marked, "RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD." We then attempted to contact appellant by phone but got a recording that the voice mail box was full. Texas Rule of Appellate Procedure 9.1(b) requires an unrepresented party to keep the Court apprised of her current mailing address. *See* TEX. R. APP. P. 9.1(b). Appellant has failed to do so and has not communicated with the Court since September 25, 2018.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

181060F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF U.A.H., A CHILD

No. 05-18-01060-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-18-10128.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Ryan Moore recover his costs, if any, of this appeal from appellant LaTracy Hawkins.

Judgment entered December 20, 2018